IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALNUT HILL ESTATE ENTERPRISES, et al.,

      Plaintiff,                          No. CIV S-09-0500 GEB GGH

      vs.

COUNTY OF BUTTE, et al.,

      Defendants.             <u>SUMMARY ORDER</u>

_____/

      Previously pending on this court's law and motion calendar for December 10, 2009, was defendants' motion to compel depositions of plaintiffs Jonathan Benefield, Julie Benefield, and Jerry Jones, and for sanctions. Appearing by telephone for plaintiffs was Stephen Schmid. Douglas Thorn appeared for defendants. The parties filed a joint statement on December 7, 2009. Having heard oral argument and reviewed the parties' papers, the court now issues the following summary order.

      IT IS ORDERED that:

      1. Defendants' motion to compel depositions, filed November 13, 2009, is granted. The deposition of Julie Benefield shall commence on January 5, 2010 at 9:30 a.m. Jerry Jones shall be available for deposition starting in the afternoon on January 5th and his deposition will continue on January 7th if not completed. Jonathon Benefield's deposition shall

1

1 | be taken on January 7, 2010. January 8, 2010 shall be reserved completion of depositions. All
2 | depositions shall take place in Sacramento.
3 |     2. Defendants' motion for sanctions is denied.
4 | DATED: December 14, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076
WalnutHill0500.dep.wpd