FREAR STEPHEN SCHMID, CSB NO. 96089
ATTORNEY AT LAW
177 POST STREET, SUITE 890
SAN FRANCISCO, CA 94108
TELEPHONE: (415) 788-5957
FACSIMILE: (415) 788-5958

Attorneys for Plaintiffs WALNUT HILL
ESTATE ENTERPRISES, LLC,
JONOTHAN BENEFIELD, AND JULIE BENEFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALNUT HILL ESTATE ENTERPRISES, LLC, JONOTHAN BENEFIELD, AND JULIE BENEFIELD, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF BUTTE, CITY OF OROVILLE, DAVID GOYER, BECKY FRASER, RAY SANDOVAL, CHRIS GAIL, AND DEREK PRESTESATER, <br><br> Defendants. <br> _____/ | No. 2:09-CV-00500 GEB-GGH <br><br> STIPULATION AND ORDER CONTINUING SUMMARY <u>JUDGMENT HEARING DATE</u> |

The parties, through their respective counsel of record, stipulate continue the hearing date for summary judgment and/or an alternative partial summary judgment from its currently scheduled date of March 8, 2010, at 9:00 AM, to March 22, 2010, at 9:00 AM.  The parties stipulate the opposition will be due 14 days before March 22, 2010 and the reply will be due 7 days before March 22, 2010.  Plaintiffs' basis for this continuance request is that plaintiffs' counsel is not in a position to file an opposition to the motion that would be in conformance with the local rules, and fully set forth plaintiffs' arguments.  Due to the press of business, plaintiffs' counsel, a sole practitioner, simply does not have adequate time to completely and fairly present the

plaintiff's opposition under the current time limits.  Accordingly, defense counsel has courteously stipulated to the continuance to March 22, 2010.  Both counsel have looked at the pre-trial order and are of the opinion that this brief continuance will have no effect on further requirements as set forth in the pre-trial order.

DATED: February 18, 2010      Respectfully submitted,

    /s/  Frear Stephen Schmid
Frear Stephen Schmid, Attorney for Plaintiffs WALNUT HILL ESTATE ENTERPRISES, LLC, JONOTHAN BENEFIELD, AND JULIE BENEFIELD

DATED: February 18, 2010      LAW OFFICE OF DOUGLAS R. THORN

    /s/  Douglas R. Thorn
Douglas R. Thorn, Attorneys for Defendants CITY OF BUTTE, CITY OF OROVILLE, DAVID GOYER, BECKY FRASER, RAY SANDOVAL, CHRIS GAIL, AND DEREK PRESTESATER

## ORDER

Since the parties have agreed to a continuance, defendants' motion for partial summary judgment and/or summary judgment in the alternative, is hereby continued from March 8, 2010 to March 22, 2010, at 9:00 AM, in Courtroom 10, with the parties to serve their respective briefs, with the opposition brief due on or before March 8, 2010 and the reply brief due on or before March 15, 2010.

The pretrial conference is rescheduled for June 7, 2010, at 11:00 a.m.  A joint pretrial statement is to be filed seven days prior to the hearing.

Dated: February 22, 2010

GARLAND E. BURRELL, JR.
United States District Judge